No. 84–10.  CITY OF BETHANY, ILLINOIS, ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 84–109.  STICH ET UX. *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–133.  HOLLIDAY *v.* XEROX CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–139.  CLARENCE R. YEAGER DISTRIBUTING, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 9th Cir. Certiorari denied.

No. 84–274.  KNAPP STREET REALTY CORP. *v.* WISCONSIN INSURANCE PLAN ET AL.  Ct. App. Wis.  Certiorari denied.

No. 84–283.  SEATS ET UX. *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 84–291.  CALL ET UX. *v.* CALIFORNIA TAHOE REGIONAL PLANNING AGENCY.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 84–295.  UNITED MEXICAN STATES *v.* OLSEN, A MINOR, BY SHELDON, MATERNAL GRANDMOTHER AND GUARDIAN AD LITEM, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–296.  BRIGGS TRANSPORTATION CO. *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–297.  KIRBY *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 84–298.  SALIBRA *v.* SUPREME COURT OF OHIO ET AL. C. A. 6th Cir.  Certiorari denied.

No. 84–303.  GREEN ET AL. *v.* SANTA FE INDUSTRIES, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.